IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTINEZ LUIS ALBERTO,

    Plaintiff,

v.                                        CASE NO. 5:16-cv-287-LC-GRJ

JULIE JONES, SECRETARY
FLORIDA DEPT. OF CORRECTIONS,

    Defendant.

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 5, 2018. (ECF No. 28.) The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Dismiss, ECF No. 19, is **GRANTED.**

3. Plaintiff's claims against Defendant are **DISMISSED**.

**DONE AND ORDERED** this 5th day of March, 2018.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**