IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTINEZ LUIS ALBERTO,

    Plaintiff,

v.                                        CASE NO. 5:16-cv-287-LC-GRJ

SEC'Y, FLA. DEP'T
OF CORR., et al.,

    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 22, 2019. ECF No. 66. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 66, is adopted and incorporated by reference in this Order.

2. Defendant Secretary Inch's Motion to Dismiss the Second Amended Complaint, ECF No. 62, is **GRANTED**.

3. Plaintiff's claims against Secretary Inch are **DISMISSED**.

**DONE AND ORDERED** this 3rd day of December, 2019.

        s/ *L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**