IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTINEZ LUIS ALBERTO,

    Plaintiff,

v.                                   CASE NO. 5:16-cv-287-LC-GRJ

SEC'Y, WASH. DEP'T
OF CORR., et al.,

    Defendant.
_____/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 13, 2020. ECF No. 75. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of the timely filed objections. ECF No. 76.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 75, is adopted and incorporated by reference in this Order.

2.	Defendant's Motion for Summary Judgment, ECF No. 72, is **GRANTED**.

3.	The **CLERK** is directed to enter judgment in favor of Defendants and close the file.

**DONE AND ORDERED** this 14th day of September, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR   UNITED   STATES   DISTRICT   JUDGE**